O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8069 AHM (VBKx) | Date | December 22, 2008 |
|---|---|---|---|
| Title | HORACE MICHAEL WILLIAMSON v. COOK COMPOSITES AND POLYMERS CO., et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:             Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

On December 15, 2008, this Court ordered Defendant to show cause why this Court should not remand this case. On December 18, 2008, Defendant timely filed its response. Having reviewed that response, the Court concludes that Defendant has shown good cause why the Court should retain this action. Accordingly, the Court VACATES the order to show cause and accepts jurisdiction.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |